UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

**Paul Blackmer**

    v.                                        Civil No. 10-cv-14

**John Vinson, et al.**

**ORDER OF RECUSAL**

I hereby recuse myself from presiding in this case.  The case shall be assigned to another judge.

SO ORDERED.

                                        /s/Paul Barbadoro
                                      Paul Barbadoro
                                      United States District Judge

July 12, 2010

cc:  Paul Blackmer, pro se