UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Paul Blackmer

    v.                    Civil No. 10-cv-00014-JL

John Vinson, et al.


**ORDER OF RECUSAL**

I hereby recuse myself from presiding over this case.

**SO ORDERED.**

_/s/ Joe Laplante_
Joseph N. Laplante
United States District Judge

Dated:  July 27, 2010

cc:  Paul Blackmer, pro se