## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

Paul Blackmer,
    Plaintiff

       v.                        Case No. 10-cv-14-SM

John Vinson,et al.,
    Defendants

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated June 21, 2010, for the reasons set forth therein.   Plaintiff's complaint is hereby dismissed.

SO ORDERED.

October 21, 2010

_____
Steven J. McAuliffe
Chief Judge

cc:    Paul Blackmer, pro se